# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0333. WILLIAMS v. THE STATE.**

This case was docketed by this Court on September 20, 2021, and appellant's brief and enumerations of error were due October 12, 2021. On October 26, 2021, this Court dismissed the appeal due to Appellant's failure to file a brief. On November 10, 2021, Appellant filed a motion for an extension of time in which to file his brief. This Court granted Appellant's motion and reinstated the case on November 17, 2021, giving Appellant 30 days to file a brief, making Appellant's brief and enumerations of error due on December 7, 2021. As of the date of this order, appellant still has not filed a brief and enumeration of errors and has not requested an extension of time in which to do so.  Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  12/30/2021

  I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

  Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*